Case No. 22-5761

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DOCTOR EUNA MCGRUDER,

    Plaintiff - Appellee,

v.

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TN, dba Metropolitan Nashville Public Schools,

    Defendant - Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Case Nos. 3:17-CV-1547

**DEFENDANT-APPELLANT'S MOTION
TO DISMISS APPELLEE'S CROSS-APPEAL AND STRIKE APPELLEE'S
PRINCIPAL BRIEF**

Appellee Dr. McGruder's cross-appeal should be dismissed, and her December 3, 2022 Corrected Brief should be stricken because she filed it as a "Principal" brief (along with her response brief) setting forth her own claims for relief from the district court's orders. (Doc. 23.)

{N0507737.2}

If an appellee wishes to seek her own remedies on appeal, she must file her own cross-appeal. "[I]t takes a cross-appeal to justify a remedy in favor of an appellee." *Baatz v. Columbia Gas Transmission*, 929 F.3d 767, 774 (6th Cir. 2019) quoting *Greenlaw v. United States*, 554 U.S. 237 (2008). "The appellee who does not file a cross-appeal may not attack the decree with a view either to enlarging his own rights thereunder or of lessening the rights of his adversary." *Baatz*, 929 F.3d at 774 (cleaned up), quoting *Jennings v. Stephens*, 574 U.S. 271 (2015).

Cross-appeals must be filed within 14 days after the filing of the Appellant's Notice of Appeal. Fed. R. App. P. 4(a)(3) ("If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed[.]").

Here, as stated above, Appellee Dr. McGruder filed what she refers to as a "Principal" brief, along with her response. (Doc. 23.) And she refers to her own "cross-appeal" in her Statement of Jurisdiction (Doc. 23 at 2) and in the body of her brief (Doc. 23 at 41) which apparently addresses her own relief that she requests on appeal from the district court's orders.

Because Dr. McGruder did not perfect a cross-appeal by filing her own notice of appeal under Rule 4(a)(3), she should not be permitted to file a "Principal" brief and pursue her own issues on appeal. Accordingly, Dr. McGruder's cross-appeal should be dismissed, and her brief filed on December 3, 2022 should be stricken --

with permission given to her to re-file her brief as a "Response" brief only, within a reasonable period of time.

Respectfully submitted,

/s/ J. Brooks Fox
J. BROOKS FOX (#16096)
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375
*Counsel for Defendant-Appellant*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served via the court's electronic filing system to Mr. Brian Christopher Winfrey Law Office, 600 12th Avenue, S., Unit 2103, Nashville, TN 37203 on December 8, 2022.

/s/ J. Brooks Fox
J. Brooks Fox
