_____

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

DOCTOR EUNA MCGRUDER,

     Plaintiff - Appellee,

v.

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TN, dba Metropolitan Nashville Public Schools,

     Defendant - Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
Case No. 3:17-CV-1547

_____

**PLAINTIFF-APPELLEE'S RESPONSE TO DEFENDANT-APPELLANT'S MOTION TO DISMISS CROSS APPEAL AND STRIKE PRINCIPAL BRIEF, AND MOTION FOR LEAVE TO FILE AMENDED OR CORRECTED BRIEF**

_____

To the extent Plaintiff-Appellee failed to comply with the requirements concerning a notice of appeal regarding the cross appeal referenced in her brief, the cross appeal as framed should not be afforded appellate review. Plaintiff-Appellee recognizes that a descriptive and timely notice of appeal "is a mandatory and jurisdictional prerequisite which this Court can neither waive nor extend." *Browder v. Director, Department of Corrections of Illinois*, 434 U.S. 257, 264 (1978).

Similarly, the judicial estoppel argument asserted in Defendant-Appellant's brief should be dismissed and stricken from the record under the Rules of Appellate Procedure. *Lynch v. McFarland*, 47 F.3d 1169, *3 (6th Cir. 1995) (holding that a party's failure to identify issue in the notice of appeal ties the hands of the court and limits the appeal to issues identified on the notice of appeal) ("[i]f an appellant chooses to designate specific determinations in his notice of appeal – rather than simply appealing from the entire judgment – only the specified issues may be raised on appeal." *Wilson v. Firestone Tire & Rubber Co.*, 932 F.2d 510 (6th Cir. 1991).

With this pleading, McGruder moves to file an amended Appellee Brief excluding the reference to a cross appeal.

Respectfully submitted,

/s/ Brian C. Winfrey
Brian C. Winfrey (#025766)
2021 Richard Jones Rd, Ste 310-A
Nashville, TN 37215
615-601-1276

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Response was served via the court's electronic filing system to J. Brooks Fox, Dep't of Law for Metro Nashville at PO Box 196300, Nashville, TN 600 37219 on December 8, 2022.

*/s/ Brian C. Winfrey*